```
 1  HEATHER WILLIAMS, Bar #122664
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    COURTNEY OXSEN
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6
    Attorney for Defendant
 7  Servio A. Gomez
 8
 9
10              IN THE UNITED STATES DISTRICT COURT
11              FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,     ) No. 2:13-MJ-0181-DAD
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER VACATING
15       v.                       ) BENCH TRIAL AND SETTING
                                  ) A CHANGE OF PLEA HEARING
16  SERVIO A. GOMEZ,              )
                                  )
17              Defendant.        ) Date: August 13, 2013
                                  ) Time: 10:00 a.m.
18  _____ ) Judge: Hon. Dale A. Drozd
19
20       IT IS HEREBY STIPULATED between the parties through their respective
21  counsel, Chris Chang, Special Assistant United States Attorney, and Linda
22  C. Harter, Chief Assistant Federal Defender, attorney for SERVIO A.
23  GOMEZ, that the Court vacate the September 11, 2013 Bench Trial and set
24  a date for a Change of Plea hearing on August 13, 2013 at 10:00 a.m.
25  / / /
26  / / /
27  / / /
28  / / /
```

1  Dated: August 8, 2013                    Respectfully submitted,

2                                           HEATHER WILLIAMS
                                            Federal Defender
3
                                            /s/ Linda C. Harter
4                                           LINDA C. HARTER
                                            Chief Assistant Federal Defender
5                                           Attorney for Defendant
                                            SERVIO A. GOMEZ
6
                                            /s/ Courtney Oxsen
7                                           COURTNEY OXSEN
                                            Certified Student Attorney
8

9  Dated: August 8, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney
10

11                                          /s/ Chris Chang
                                            CHRIS CHANG
12                                          Assistant United States Attorney

13
                            **ORDER**
14

15       IT IS SO ORDERED.

16  DATED: August 9, 2013.

17
                            _____
18                          DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE
19

20  dad1.crim
    gomez0181.stipord.set cop.wpd
21