**FILED**

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

AUG 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:13 mj 181 DAD

Servio A. Gomez           **ORDER TO PAY**

☒ SOCIAL SECURITY #: _____-__-5276
☒ DATE OF BIRTH: __-__-78
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY         STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

☒ DATE: 8-13-13         _____
                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(☒) Fine: $ 300 and a penalty assessment of $ 10 for a TOTAL AMOUNT OF: $ 310 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

CENTRAL VIOLATIONS BUREAU       CLERK, USDC                  CLERK, USDC
PO BOX 70939                    2500 TULARE ST., RM. 1501    501 I STREET, STE. 4-200
CHARLOTTE, NC 28272-0939        FRESNO, CA 93721-1322        SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 8/13/13            **DALE A. DROZD**
                         U.S. MAGISTRATE JUDGE

Clerk's Office

FP-PET                                                                   EDCA-3